# In The United States Court of Federal Claims

C.H. GUERNSEY & COMPANY,   )
         )
   Plaintiff,       )
         )
         )  Case No. ___26-828 C___
v.         )
         )
THE UNITED STATES,   )  Judge  _____
         )
   Defendant.     )

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### UNDER SEAL AND MOTION FOR A PROTECTIVE ORDER

Pursuant to Appendix C to Rules of the United States Court of Federal Claims, Plaintiff C.H. Guernsey & Company ("Guernsey"), by and through counsel, requests that the Court: (1) grant Guernsey leave to file under seal the below-listed documents; and (2) enter a Form 8 protective order to prevent public disclosure of certain designated documents in this litigation. Guernsey's Complaint, and Exhibits A-H attached thereto, and the Application for a Temporary Restraining Order and Preliminary Injunction may contain confidential or proprietary information entitled to protection from public scrutiny.

Guernsey's filings in this case may also reference protected material from Guernsey's ongoing protest before the Government Accountability Office, No. B-424484.1, of which material is subject to a GAO protective order. GAO's protective order permits the use of protected material in a bid protest filed with this Court without GAO's prior authorization, so long as (1) that material is filed under seal with the Court, (2) the Court is informed of GAO's protective order, and (3) the Court is asked to issue its own protective order to cover the protected material.

Accordingly, Guernsey requests the Court to grant leave to file the following documents under seal:

1.    Sealed Complaint for Injunctive and Declaratory Relief;

2.    Exhibits to the Complaint for Injunctive and Declaratory Relief; and

3.    Application for Temporary Restraining Order and/or Preliminary Injunction.

Guernsey further requests the Court to enter the Court's standard protective order as embodied in the Court's Form 8.

Dated: June 5, 2026                    Respectfully submitted,

/s/ *Kendra Perkins Norwood*
Kendra Perkins Norwood, Esq.
**Fluet**
1751 Pinnacle Drive, Suite 1000,
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
knorwood@fluet.law
e-file@fluet.law

*Counsel for Plaintiff*

2