**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| C.H. GUERNSEY & COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:26-cv-00828-MRS |
| v. | ) |
| | ) Hon. Molly R Silfen |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk of Court:

Please enter the appearance of Isaac B. Rosenberg, as attorney of record for Plaintiff C.H. Guernsey & Company in the above-captioned matter.

> Isaac B. Rosenberg, Esq.
> **Fluet**
> 1751 Pinnacle Drive, Suite 1000,
> Tysons, VA 22102
> T : (703) 590-1234
> F : (703) 590-0366
> irosenberg@fluet.law
> e-file@fluet.law

Kendra Perkins Norwood, Esq., will continue as the Lead Attorney for Plaintiff.

Dated: June 8, 2026                     Respectfully submitted,

> /s/ *Isaac B. Rosenberg*
> Isaac B. Rosenberg, Esq.
> **Fluet**
> 1751 Pinnacle Drive, Suite 1000,
> Tysons, VA 22102
> T : (703) 590-1234
> F : (703) 590-0366
> irosenberg@fluet.law
> e-file@fluet.law
>
> *Counsel for Plaintiff*